**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02594-ZLW

MANUEL SESARIO DePINEDA,

    Applicant,

v.

KEVIN MILYARD, Warden, S.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Applicant's motion for administrative review and motion for relief filed on December 3, 2009, will not be considered and are DENIED because Applicant filed a notice of appeal on November 30, 2009.  Therefore, the Court lacks jurisdiction to consider the December 3 motions.

Dated:  December 7, 2009